IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OBE E. JOHNSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-64** |
| | : | |
| **UNITED STATES DISTRICT COURT** | : | |
| **OF PHILADELPHIA** | : | |

## ORDER

**AND NOW**, this 18th day of January 2022, upon considering Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1), Prisoner Trust Fund Account Statement (ECF Doc. No. 3), and Complaint for Mandamus requesting we grant him monetary COVID-19 aid or help (ECF Doc. No. 2), consistent with our obligations under 28 U.S.C. § 1915(e)(2)(B)(ii) to screen a Complaint seeking to proceed without paying the filing fees, screening the incarcerated Plaintiff's pro se Complaint against the United States District Court, and for reasons in an accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

2. Obe E. Johnson, Inmate Number AB-033, shall pay the full filing fee of $350 in installments, under 28 U.S.C. § 1915(b), regardless of the outcome of this case. We direct the Superintendent of the Department of Corrections – Guayama 500, or other appropriate officials to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Johnson's inmate account; or (b) the average monthly balance in his inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed under this Order to the court with a reference to the docket number for this case. In each succeeding month

when the amount in Mr. Johnson's inmate trust fund exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Johnson's inmate account until the fees are paid. Each payment shall refer to the docket number for this case;

3. The Clerk of Court shall **SEND** a copy of this Order to the Superintendent of Department of Corrections – Guayama 500;

4. The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

5. The Clerk of Court shall not issue Summons until further Order; and,

6. We **DISMISS** the Complaint (ECF Doc. No. 2) without prejudice to Mr. Johnson filing an amended Complaint against an appropriate party no later than **February 23, 2022** or we will close this case in this District.

_____
**KEARNEY, J.**