### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OBE E. JOHNSON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-64 |
| | : | |
| **INTERNAL REVENUE SERVICE** | : | |

# ORDER

**AND NOW**, this 16th day of September 2022, upon screening an incarcerated person's pro se amended Complaint asking us to order the Internal Revenue Service to issue COVID-19 stimulus payments to him, following leave to proceed *in forma pauperis* consistent with Congress' mandate in section 1915 (ECF Doc. No. 6), finding Plaintiff has not plead exhausting his remedies with the Internal Revenue Service, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DISMISS** the amended Complaint (ECF Doc. No. 17) without prejudice to Plaintiff filing a second amended Complaint no later than **October 17, 2022** if he can truthfully plead fully exhausting his administrative remedies with the Internal Revenue Service;

2. We will close this case without prejudice to exhaust administrative remedies if Plaintiff cannot timely file a second amended Complaint consistent with this Order and the accompanying Memorandum; and,

3. The Clerk of Court shall not issue summons until further Order.

_____
**KEARNEY, J.**